

FILED
APR 29 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANDY BRANHAM,<br><br>Defendant, | SA-14-CR-1014(2)-OG<br>**S U P E R S E D I N G**<br>**I N F O R M A T I O N**<br>[Vio: 21 U.S.C. § 846, Conspiracy to Distribute and Possess with Intent to Distribute a Detectable Quantity of Methamphetamine (Ice)] |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE
**[21 U.S.C. §§ 846, 841(a)(1) & (b)(1)(C)]**

Beginning on or about October 2013 and continuing to or about December 17, 2014, within the Western District of Texas, the Defendant,

MANDY BRANHAM,

and others known and unknown to the United States Attorney, did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree together and with one another to distribute and possess with intent to distribute a controlled substance, which offense involved a detectable quantity of methamphetamine (Ice), a Schedule II Controlled Substance, contrary to Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(C).

Respectfully submitted,

RICHARD L. DURBIN, JR.
United States Attorney


/s/ MICHAEL R. HARDY
Assistant United States Attorney